JS-6 / ENTER

FILED
CLERK, U.S. DISTRICT COURT
MAR 28 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MIRIAM J. RODRIGUEZ, | No. ED CV 13-01824-DOC (DFM) |
| Petitioner, | |
| v. | JUDGMENT |
| RICK HILL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed without prejudice.

Dated: March 27, 2014

*David O. Carter*
DAVID O. CARTER
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 28 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY